# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TERRY W. BOLEY & DARLENE S. BOLEY  Case Number: 04-70909
11010 BONNIE BRAE ROAD      SSN-xxx-xx-3607 & xxx-xx-8825
HUNTLEY, IL  60142

Case filed on: 2/23/2004
Plan Confirmed on: 7/23/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $60,729.74        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 224 | HOUSEHOLD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 225 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TERRY W. BOLEY | 0.00 | 0.00 | 19.99 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 19.99 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 2,721.39 | 2,149.91 | 2,149.91 | 0.00 |
| 003 | HOUSEHOLD MORTGAGE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HOUSEHOLD FINANCIAL SERVICES INC | 344.00 | 344.00 | 344.00 | 0.00 |
| 005 | MCHENRY CO. FINANCIAL FED. CU | 10,300.00 | 10,300.00 | 10,300.00 | 1,000.12 |
| 006 | MCHENRY COUNTY FINANCIAL FEDERAL CU | 9,260.00 | 9,260.00 | 9,260.00 | 899.17 |
|  | Total Secured | 22,625.39 | 22,053.91 | 22,053.91 | 1,899.29 |
| 006 | MCHENRY COUNTY FINANCIAL FEDERAL CU | 13,769.54 | 13,769.54 | 13,769.54 | 1,929.34 |
| 007 | ADVOCATE MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADVOCATE MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASPIRE VISA | 4,133.51 | 4,133.51 | 4,133.51 | 579.17 |
| 011 | CAPITAL ONE | 966.06 | 966.06 | 966.06 | 124.75 |
| 012 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTEGRA MEM. MED. CTR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CENTEGRA MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISCOVER FINANCIAL SERVICES | 5,018.76 | 5,018.76 | 5,018.76 | 703.22 |
| 017 | ILLINOIS SKIN INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RESURGENT CAPITAL SERVICES | 461.36 | 461.36 | 461.36 | 59.97 |
| 021 | VERIZON WIRELESS | 755.11 | 755.11 | 755.11 | 97.55 |
| 022 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MCHENRY FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEMORIAL MEDICAL CENTER | 1,486.75 | 1,486.75 | 1,486.75 | 208.43 |
|  | Total Unsecured | 26,591.09 | 26,591.09 | 26,591.09 | 3,702.43 |
|  | Grand Total: | 51,416.48 | 50,845.00 | 50,864.99 | 5,601.72 |

Total Paid Claimant:       $56,466.71
Trustee Allowance:         $4,263.03
Percent Paid Unsecured:       100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009                By  /s/Heather M. Fagan